**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Steven Lewis BROWNSTEIN,
Defendant-Appellant.**

**No. 72–1545
Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Aug. 3, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM.

Affirmed.[1]   See Local Rule 21.[2]

---

\* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. Appellant raises three issues on appeal, the validity of his arrest, the sufficiency of the evidence against him, and the refusal of the court to give a requested charge.

2. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James Patrick HOOK, Defendant-Appellant.**

**No. 72–1640
Summary Calendar.\*\***

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM.

Affirmed.   See Local Rule 21.[1a] United States v. Lopez, 461 F.2d 499 (5th Cir., 1972); United States v. Lane, 461 F.2d 343 (5th Cir., 1972); United States v. Lopez, 459 F.2d 949, (5th Cir., 1972).

---

\*\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1a. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.